N. B. BORDEN & CO., PLAINTIFFS IN ERROR, VS. THE INTERNATIONAL OCEAN TELEGRAPH COMPANY, DEFENDANT IN ERROR.

### PRACTICE—DEMURRER.

1. In an action on the case for damages, if the declaration makes a case entitling the plaintiff to any recovery whatever, even though it be only nominal damages, a demurrer will not lie thereto because it claims other or greater damages than the case made legally entitles the plaintiff to recover; demurrer not being the proper way to test the *extent* of the recovery to be had. Such questions are properly raised and settled by objections to testimony at the trial, or in the shape of instructions to the jury as to the law applicable to the points raised.

Writ of Error to the Circuit Court for Nassau county.

*Cooper & Cooper* for Plaintiffs in Error.

*John E. Hartridge* for Defendant in Error.

TAYLOR, J. :

At the present term we have passed upon a case brought here upon writ of error by the plaintiffs in error in this case against the Western Union Telegraph Company, as defendant in error, in which the declaration, pleadings and orders brought here for review were identical with this case; indeed, with the exception of the differently named defendants, the records in the two cases are practically duplicates, the one of the other. The cause of action is the same in both cases. What is said in that case applies in every particular to this. Without reiterating, therefore, the judgment of the court below in this case is likewise reversed with directions to overrule the defendant's demurrer to the plaintiffs' declaration.